# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| NOBLE FACTORY LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> YU JIABIN, ) <br> ) <br> Defendant. ) | Case No. 2:22-cv-02213-JPM-cgc |

## ORDER TO SHOW CAUSE

Plaintiff filed its Complaint on April 5, 2022. (ECF No. 1.) Defendant has not made an appearance in this action, and Plaintiff has not made any filings demonstrating that Defendant has been served. Plaintiff filed a Motion for Service by Publication or by Alternative Means on June 6, 2022 (ECF No. 10), which the Court denied on June 7, 2022 (ECF No. 11). In denying the Motion, the Court noted that because Defendant is a resident of China, under normal circumstances service would need to be made through the Chinese Central Authority ("CCA"). (Id.) Plaintiff has made no additional filings with the Court since June 2022. Plaintiff is **ORDERED** to show cause why the case should not be dismissed for failure to prosecute under Fed. R. Civ. P. 41(b). Plaintiff shall have until April 14, 2023 to comply with this order.

**SO ORDERED**, this 13th day of March, 2023.

                                                                                  s/ Jon P. McCalla
                                                                                  JON P. McCALLA
                                                                                  UNITED STATES DISTRICT JUDGE